[765 NYS2d 282]

In the Matter of RICHARD J. LIPPES, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner.

Fourth Department, July 3, 2003

### APPEARANCES OF COUNSEL

*Roderick Quebral, Principal Counsel, Eighth Judicial District Grievance Committee,* Buffalo, for petitioner.

*Terrence M. Connors,* Buffalo, for respondent.

### OPINION OF THE COURT

Per Curiam.

Same Per Curiam opinion as in *Matter of Allen* (308 AD2d 143 [2003]).

PINE, J.P., HURLBUTT, KEHOE and BURNS, JJ., concur.

Order of censure entered.